FILED
BILLINGS DIV.

2007 DEC 11  AM 10 17

PATRICK E. DUFFY, CLK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| MARILYN L. GOSSENS, ) | CV-07-153-BLG-RFC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATION OF |
| MICHAEL J. ASTRUE, Commissioner ) | U.S. MAGISTRATE JUDGE |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

On November 16, 2007, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendation. Magistrate Judge Anderson recommends Plaintiff's Motion to Proceed *In Forma Pauperis* be denied. In some cases, upon service of a Magistrate Judge's findings and recommendation, a party has ten days to file written objections. *See* 28 U.S.C. § 636(b)(1). However, in the present case Plaintiff is not allowed ten days to file written objections because the Magistrate Judge's authority to make the recommendation on this pretrial matter is derived from 28 U.S.C. § 636(b)(3), which does not provide a party ten days to file written objections with the district court. *Minetti v. Port of Seattle,* 152 F.3d 1113, 1114 (9th Cir. 1998).

Upon review of the record and the applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

1

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (***Doc. #1***) is **DENIED**.

DATED the 11 day of December, 2007.

_____
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE